**DISMISS; and Opinion Filed August 10, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01305-CV

**JEFFREY NELSON AND TIMOTHY STECKER, Appellants**
**V.**
**CITY OF DALLAS AND CHIEF DAVID KUNKLE, Appellees**

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-07-14687

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Brown
Opinion by Justice Brown

Appellants' brief in this case is overdue. By order dated May 18, 2016, we granted appellants' motion requesting additional time to file their brief. We directed appellants to file their brief by June 7, 2016. To date, appellants have not filed their brief, another extension motion, or otherwise corresponded with the Court regarding the status of their brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Ada Brown/
ADA BROWN
JUSTICE

151305F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JEFFREY NELSON AND TIMOTHY STECKER, Appellants

No. 05-15-01305-CV     V.

CITY OF DALLAS AND CHIEF DAVID KUNKLE, Appellees

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-07-14687.
Opinion delivered by Justice Brown. Justices Lang-Miers and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees CITY OF DALLAS AND CHIEF DAVID KUNKLE recover their costs of this appeal from appellants JEFFREY NELSON AND TIMOTHY STECKER.

Judgment entered this 10th day of August, 2016.